**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THILO WEISS, | : |
| Plaintiff, | : |
| -against- | : Case No. 1:21-cv-00155 |
| | : **NOTICE OF MOTION** |
| SHREE BAIDYANATH AYURVED BHAWAN PVT. LTD., | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the Declaration of Thilo Weiss, dated September 28, 2022, as well as the Declaration of Ezra Gabbay, M.D., dated October 7, 2022, Declaration of Rama Rao, M.D., dated September 30, 2022, and Declaration of Rashmi Nautiyal Weiss, dated October 4, 2022, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, Plaintiff Thilo Weiss ("Plaintiff"), by and through his attorneys, Berg & Androphy, will move this Court before the Honorable Edward R. Korman, United States District Judge, at the United States District Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Courtroom 918, Brooklyn, New York 11201, on such date and at such time as may be set by the Court, for an Order: (1) entering a default judgment against Defendant Shree Baidyanath Ayurved Bhawan Pvt. Ltd.; (2) awarding Plaintiff compensatory damages for pain and suffering as well as punitive damages; and (3) granting such other and further relief as the Court may deem just and proper.

Dated: October 7, 2022
      New York, New York

                                          BERG & ANDROPHY

                                          By: /s/ *Jenny H. Kim*

                                          Jenny H. Kim (jkim@bafirm.com)
                                          Emily Burgess (eburgess@bafirm.com)
                                          120 West 45th Street, 38th Floor
                                          New York, New York 10036
                                          Tel: (646) 766-0073
                                          Fax: (646) 219-1977

                                          *Attorneys for Plaintiff Thilo Weiss*