UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THILO WEISS,

                    Plaintiff,                    JUDGMENT
     v.                                           21-cv-155 (ERK) (JRC)

SHREE BAIDYANATH AYURVED
BHAWAN PVT. LTD.,

                    Defendant.
----------------------------------------------------------------X

        An Order of the Honorable Edward R. Korman, United States District Judge, having been filed on March 31, 2025, adopting the Report and Recommendation of Magistrate James R. Cho, dated March 7, 2025, granting the motion for default judgment; and awarded Plaintiff a default judgment of $2.6 million; it is

        ORDERED and ADJUDGED that the motion for default judgment is granted; and that Plaintiff is awarded a default judgment of $2.6 million.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       March 31, 2025                                      Clerk of Court

                                                            By:    */s/Jalitza Poveda*
                                                                      Deputy Clerk